UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                         Case No. 17-12956
                                               Honorable Carol A. Doyle
Jayne Austin                                   Chapter 13

### AGREED ORDER ALLOWING ATTORNEY FEES

At Chicago, Illinois, this 20th day of June 2017, before the Honorable Carol A. Doyle, Bankruptcy Judge, in the said District and Division.

This matter coming on for hearing upon the objection of Ally Financial, to confirmation of the Debtors' Chapter 13 Plan, due notice being served on the parties in interest; the Court having jurisdiction and being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Ally Financial shall be allowed attorney fees in the amount of $500.00 pursuant to Illinois State law, the retail installment contract dated April 27, 2016, for the 2015 CHEVROLET CRUZE, VIN: 1G1PH5SB3F7138871 and in compliance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure without further notice of hearing. That Ally Financial shall be allowed to add the allowed attorney fees of $500.00 to the account to be paid directly by the Debtor.

DATE: 6/20/17

ENTER:
_____
Bankruptcy Judge

/s/ James M. Philbrick
_____
James M. Philbrick
Attorney for **Ally Financial**
Attorney No. 6244743
Law Offices of James M. Philbrick P.C.
P.O. Box 351
Mundelein, Illinois  60060
847/949-5290
Fax: 847/949-5690

_____
Attorney for Debtors